# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHARON D. WHITLEY
        2709 HALSTED ROAD
        ROCKFORD, IL 61101

SSN-xxx-xx-4290

Case Number: 04-74949

|  | |
|---|---|
| Case filed on: | 10/5/2004 |
| Plan Confirmed on: | 12/17/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,250.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | SHARON D. WHITLEY | 0.00 | 0.00 | 10.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 10.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 5,090.00 | 5,090.00 | 923.40 | 0.00 |
| 002 | SECURITY FINANCE | 448.81 | 448.81 | 81.42 | 0.00 |
| 003 | ADVANCE CASH EXPRESS | 335.00 | 335.00 | 60.78 | 0.00 |
| 004 | AMERICAN CASH-N-GO | 687.50 | 687.50 | 124.72 | 0.00 |
| 005 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GATEWAY CREDIT CARD PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NEWPORT NEWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PALISADE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 264.07 | 264.07 | 47.91 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 220.58 | 220.58 | 40.01 | 0.00 |
| 017 | ZALE'S JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 653.58 | 653.58 | 118.57 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 1,486.81 | 1,486.81 | 269.72 | 0.00 |
|  | Total Unsecured | 9,186.35 | 9,186.35 | 1,666.53 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 10,550.35 | 10,550.35 | 3,040.53 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $3,040.53 |
| Trustee Allowance: | $209.47 |
| Percent Paid Unsecured: | 18.14 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan